UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | **EDCV 12-2223-DOC (JEM)** | Date   July 25, 2013 |
| Title | **Larry Johnson v. Jonathan McClintock, et al.** | |

Present: The Honorable   **John E. McDermott, United States Magistrate Judge**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:    **(In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, in which he seeks to recover damages for Defendants' alleged violation of Plaintiff's constitutional rights to be free from unlawful search and seizure.

On February 19, 2013, the Court issued an Order Dismissing Complaint with Leave to Amend within thirty days.  On March 11, 2013, Plaintiff filed a Motion for Extension of Time to Amend Complaint.  On March 18, 2013, the Court granted the extension and gave Plaintiff sixty days to file his first amended complaint.

On April 18, 2013, Plaintiff filed the First Amended Complaint ("FAC").  On May 8, 2013, the Court issued an Order Dismissing FAC with Leave to Amend within thirty days.  On June 21, 2013, the Court *sua sponte* extended the time for Plaintiff to file the SAC to July 12, 2013.  Plaintiff was explicitly cautioned that failure to file the Second Amended Complaint by this date would result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to comply with a court order.

The July 12, 2013, deadline to file the SAC has passed, and no SAC has been filed.  The Court's Order of June 21, 2013, was returned to the Court on June 27, 2013, with a note stating, "Return to Sender Out of Custody."  Plaintiff has not filed a change of address notifying the Court of a new address.  Local Rule 41-6 requires Plaintiff, *inter alia*, to keep the Court apprised of his current address.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a written

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

response to this Order to Show Cause no later than **August 8, 2013**.  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline shall result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 41-6.

     If Plaintiff files a response to the Order to Show Cause, Defendants may file a reply within 7 days of Plaintiff's filing.

     No extensions of these deadline will be granted absent extraordinary circumstances.

cc: Parties

|  | : |
|---|---|
| Initials of Deputy Clerk | sa |