# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN McCLINTOCK, et al.,<br><br>        Defendants. | Case No. EDCV 12-2223-DOC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: September 29, 2013

                                                DAVID O. CARTER<br>                                      UNITED STATES DISTRICT JUDGE